UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS RUIZ FLOREZ,<br><br>       Plaintiff,<br><br>-against-<br><br>1439 YORK AVE. REALTY CORP. and SEQUIOA TREE LLC,<br><br>       Defendants. | 1:23-cv-00459 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  This case has been assigned to me for all purposes. It is hereby:

  ORDERED that, within thirty (30) days of service of the summons and complaint, the parties must meet and confer for at least one hour in a good-faith attempt to settle this action. In their discussions, the parties should consider whether Plaintiff has satisfied the threshold requirement of standing. *See e.g.*, *Calcano v. Swarovski N. Am. Ltd.*, 36 F.4th 68, 77–78 (2d Cir. 2022); *Harty v. W. Point Realty, Inc.*, 28 F.4th 435, 443–44 (2d Cir. 2022). To the extent the parties are unable to settle the case themselves, they must also discuss whether further settlement discussions through the district's court-annexed mediation program or before a magistrate judge would be productive at this time.

  IT IS FURTHER ORDERED that within fifteen (15) additional days (*i.e.*, within forty-five (45) days of service of the summons and complaint), the parties must submit a joint letter informing the Court whether the parties have settled. If the parties do not reach a settlement, the parties shall in the joint letter request that the Court (1) refer the case to mediation or a magistrate judge for a settlement conference (and indicate a preference between the two options), or (2) proceed with an initial status conference.

Dated: January 20, 2023
    New York, New York

                   SO ORDERED.

                   *Jennifer Rochon*
                   JENNIFER L. ROCHON
                   United States District Judge